UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

RICKY MOREHOUSE,

                Plaintiff,

   vs                                               1:00-CV-1227

GRAND UNION CO.,

                Defendants.

-------------------------------------

APPEARANCES:                              OF COUNSEL:

RICKY MOREHOUSE
Plaintiff
765 Valentine Pond road
Adirondack, NY 12808

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action against defendant Grand Union Co. on August 11, 2000. By Report-Recommendation dated March 13, 2006, the Honorable David R. Homer, United States Magistrate Judge, among other things, recommended that the above captioned action be dismissed in light of the order of the bankruptcy court in the District of New Jersey discharging Morehouse's claim. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the above entitled case is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: March 27, 2006
Utica, New York.

United States District Judge